UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN C. GEIST et al,

        Plaintiff,

  v.

FIRST SOURCE FINANCIAL USA INC. et al,

        Defendant.

Case Number: CV10-00642 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Becky Parker Geist
724 Appleberry Drive
San Rafael, CA 94903

John C. Geist
724 Appleberry Drive
San Rafael, CA 94903

Dated: March 4, 2010

                              Richard W. Wieking, Clerk
                              By: Anthony Bowser, Deputy Clerk